IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McPherson, Ronnie L | Case Number: 07 B 17724 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | Filed: 9/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 12, 2008
Confirmed: May 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,916.00 | |
| Secured: | | 3,480.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 197.47 |
| Trustee Fee: | | 238.53 |
| Other Funds: | | 0.00 |
| Totals: | 3,916.00 | 3,916.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ronald B Lorsch Esq | Administrative | 3,174.00 | 197.47 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 36,902.16 | 3,480.00 |
| 4. | National City Mortgage Co | Secured | 21,363.12 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 56,092.48 | 0.00 |
| 6. | Capital One | Unsecured | 2,125.26 | 0.00 |
| 7. | CitiFinancial Auto Credit Inc | Unsecured | 0.10 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 759.79 | 0.00 |
| 9. | Capital One | Unsecured | 1,326.62 | 0.00 |
| 10. | Candra Huff | Priority | | No Claim Filed |
| 11. | First Premier | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Associated Recovery Systems | Unsecured | | No Claim Filed |
| 15. | Cbc National Collection | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 18. | Direct Loan Servicer | Unsecured | | No Claim Filed |
| 19. | Sprint PCS | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 23. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 121,743.53 | $ 3,677.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McPherson, Ronnie L

Printed: 9/23/08

Case Number: 07 B 17724
Judge: Goldgar, A. Benjamin
Filed: 9/28/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 78.63 |
| 6.5% | 159.90 |
|  | _____ |
|  | $ 238.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:



_____